NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES E. ZABLOSKY** AND **KAREN ZABLOSKY,**
*Plaintiffs-Appellants,*

**v.**

**MIDFIRST BANK** AND **MIDLAND MORTGAGE CO.,**
*Defendants-Appellees,*

AND

**SECRETARY OF HOUSING AND URBAN DEVELOPMENT,**
*Defendant-Appellee.*

---

2013-1626

---

Appeal from the United States District Court for the Western District of Texas in No. 13-CV-0467, Senior Judge Harry Lee Hudspeth.

---

PER CURIAM.

**O R D E R**

The court considers whether this appeal should be dismissed.

This appeal involves an action by James and Karen Zablosky to halt foreclosure on property located at 187 Country View Lane, Floresville, Texas. The Zabloskys appeal.

This court is a court of limited jurisdiction, which does not appear to include jurisdiction in this matter. 28 U.S.C. § 1295. Rather, it appears the proper forum would be the United States Court of Appeals for the Fifth Circuit. Additionally, on September 3, 2013, the Zabloskys filed with the district court a motion to withdraw their appeal, and thus it may be that it would be unnecessary to transfer this appeal to the Fifth Circuit.

Accordingly,

IT IS ORDERED THAT:

(1) Absent objection received within 21 days of the date of this order, this appeal will be dismissed.

(2) The briefing schedule is stayed.

FOR THE COURT

/s/  Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk of Court

s25